UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO.: 1:26-cv-20172-DPG

In the Matter of Complaint of MYC Youth Sailing Foundation, Inc., as owner, and Miami Yacht Club, Inc., as owner *pro hac vice*, of a HOBIE GETAWAY Sailing Vessel for Exoneration or Limitation of Liability,

Petitioners.
_____/

## NOTICE OF A PETITION FOR EXONERATION OR LIMITATION OF LIABILITY

**NOTICE IF HEREBY GIVEN** that MYC YOUTH SAILING FOUNDATION, INC. as owner, and MIAMI YACHT CLUB, INC., as owner *pro hac vice* of a HOBIE GETAWAY sailing vessel (hereafter "Sailing Vessel") has filed a Petition pursuant to Title 46 U.S.C. Appx. §§ §§30501-30512, as amended, for exoneration or limitation of liability of all claims for any injury, death. loss, destruction, or damage arising out of a July 28, 2025 collision, as more fully described in Petition for Exoneration or Limitation of Liability.

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the

United States District Court, Southern District of Florida, Miami Division, located at 400 North Miami Avenue, Miami, Florida 33128, and serve a copy thereof on counsel for Petitioners, Richard D. Rusak, Esq., Cole, Scott & Kissane, P.A., 9150 South Dadeland, Blvd. Suite 1400, Miami, Florida, 33156, on or before the **30th Day of March 2026**, or be defaulted.

All persons desiring to contest either the right to exoneration from or the right to limitation of liability, they shall file and serve on counsel for Petitioners, an answer to the Petition on or before the aforesaid date unless their claim has included an answer so designed or be defaulted.

Executed at Miami, Florida this __17__ day of __February__ 2026.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: *Alisha Beasley-Martin*
Deputy Clerk