UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

**CASE NO.: 26-cv-20172-DPG**

In the Matter of Complaint of MYC Youth Sailing Foundation, Inc., as owner, and Miami Yacht Club, Inc., as owner pro hac vice, of a HOBIE GETAWAY Sailing Vessel for Exoneration or Limitation of Liability,

Petitioners.
_______________________________________/

**JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENTS**

Claimants, TOMÁS YANKELEVICH and SOFIA RECA, as Parents and Personal Representatives of the Estate of Mila Yankelevich; PIL JYE KO and SU YEON HAN, as Parents and Personal Representatives of the Estate of Erin Ko Han; TODD BUCHMAN and RHONDA MITRANI BUCHMAN, as Parents and Personal Representatives of the Estate of Arielle Buchman; ENRIQUE AREYAN VIQUIERA and KARINA GRUBER MORENO, as Parents and Legal Guardians of Calena Areyan Gruber, a minor; and S.Z. and I.Z., as Parents and Legal Guardians of E.Z., a minor (hereinafter referred to collectively as "Claimants"), and Petitioners, MYC YOUTH SAILING FOUNDATION, INC. and MIAMI YACHT CLUB, INC. (collectively, "Petitioners") (together, "Parties"), jointly move the Court for entry of the proposed Consent Final Judgments, attached as **Exhibits A through E**, and in support thereof, state as follows:

1. This limitation of liability action arises from a barge collision that occurred on July 28, 2025, in Biscayne Bay, Miami-Dade County, Florida, which resulted in the deaths of Mila Yankelevich, Erin Ko Han, and Arielle Buchman, and injuries to Calena Areyan Gruber and E.Z., all minor children.

2. On January 12, 2026, MYC Youth Sailing Foundation, Inc., as owner, and Miami Yacht Club, Inc., as owner pro hac vice, filed a Complaint for Exoneration or Limitation of Liability relating to a HOBIE GETAWAY Sailing Vessel.

3. S.Z. and I.Z., as Parents and Legal Guardians of E.Z., a minor, filed their Answer, Affirmative Defenses, and Claim Against Petitioners in this action on March 26, 2026. [D.E. 18]. The remaining Claimants timely filed their respective Answers, Affirmative Defenses, and Claims Against Petitioners on June 4, 2026 [D.E. xx].

4. The Parties entered into a settlement agreement on May 26, 2026.

5. On July 6, 2026, Counsel for Enrique Areyan Viquiera and Karina Gruber Moreno, as Parents and Legal Guardians of Calena Areyan Gruber, a minor, and counsel for S.Z. and I.Z., as Parents and Legal Guardians of E.Z., a minor filed an Unopposed Motion to Approve Minor Settlements of Calena Areyan Gruber and E.Z. Upon the anticipated granting of the Unopposed Motion to Approve Minor Settlements, the Parties jointly ask the Court to grant this agreed Motion for Entry of Consent Final Judgment which is part of the global settlement between the parties.

6. The Parties have agreed that the proposed Consent Final Judgments fairly and accurately reflect the terms of their settlement and that entry thereof is in the best interest of all Parties.

7. The Parties have agreed to the entry of Consent Final Judgments in the above-captioned limitation action as follows:

a. Tomás Yankelevich and Sofia Reca, as Parents and Personal Representatives of the Estate of Mila Yankelevich, shall recover from Petitioners MYC Youth Sailing Foundation, Inc. and Miami Yacht Club, Inc., jointly and severally, the sum of $10,000,000.00 (Exhibit A);

b. Pil Jye Ko and Su Yeon Han, as Parents and Personal Representatives of the Estate of Erin Ko Han, shall recover from Petitioners MYC Youth Sailing Foundation, Inc. and Miami Yacht Club, Inc., jointly and severally, the sum of $10,000,000.00 (Exhibit B);

c. Todd Buchman and Rhonda Mitrani Buchman, as Parents and Personal Representatives of the Estate of Arielle Buchman, shall recover from Petitioners MYC Youth Sailing Foundation, Inc. and Miami Yacht Club, Inc., jointly and severally, the sum of $10,000,000.00 (Exhibit C);

d. Enrique Areyan Viquiera and Karina Gruber Moreno, as Parents and Legal Guardians of Calena Areyan Gruber, a minor, shall recover from Petitioners MYC Youth Sailing Foundation, Inc. and Miami Yacht Club, Inc., jointly and severally, the sum of $600,000.00 (Exhibit D);

e. S.Z. and I.Z., as Parents and Legal Guardians of E.Z., a minor, shall recover from Petitioners MYC Youth Sailing Foundation, Inc. and Miami Yacht Club, Inc., jointly and severally, the sum of $400,000.00 (Exhibit E).

**WHEREFORE**, the Parties respectfully request that this Court enter the Consent Final Judgments attached hereto as **Exhibits A–E** and grant such other and further relief as this Courts deems just and proper.

Dated: July 7, 2026

Respectfully submitted,

**COLE, SCOTT & KISSANE, P.A.**
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, Florida 33256
Telephone: (786) 268-6475
Facsimile: (305) 373-2294
E-mail: richard.rusak@csklegal.com

*s./ RICHARD D. RUSAK*
RICHARD D. RUSAK
Florida Bar No.: 614181

***Counsel for MYC Youth Sailing Foundation, Inc. and Miami Yacht Club Inc.***

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 351-2265

By: /s/ *Mitchell E. Widom*
Mitchell E. Widom, Esq.
Florida Bar No.: 473911
E-mail: mwidom@bilzin.com
Raquel Fernandez, Esq.
Florida Bar No.: 55069
E-mail: rfernandez@bilzin.com
E-mail: eservice@bilzin.com

***Counsel for Tomás Yankelevich and Sofia Reca, as Parents and Personal Representatives of the Estate of Mila Yankelevich***

**LEESFIELD & PARTNERS**
2350 S. Dixie Hwy Miami, FL 33133
Tel: (305) 854-4900 Fax: (305) 854-8266
Justin B. Shapiro, Esq.

Florida Bar No.: 92036
E-mail: shapiro@leesfield.com
E-mail: alpizar@leesfield.com
Bernardo Pimentel, Esq.
Florida Bar No.: 1014210 E-mail:
pimentel@leesfield.com
***Counsel for: Pil Jye Ko and Su Yeon Han, as Parents and Personal Representatives of the Estate of Erin Ko Han, and Karina Gruber Moreno and Enrique Areyan Viquiera, as Parents and Legal Guardians of Calena Areyan Gruber, a minor***

**POSES LAW GROUP, P.A.**
Alfred I. Dupont Building 169 East Flagler Street Suite 1600 Miami, FL 33131
Tel: (305) 577-0200
Fax: (305) 371-3550
Todd Poses, Esq.
Florida Bar No.: 0075922
Email: todd@posesboumel.com
Email: maria@posesboumel.com
Email: shelly@posesboumel.com
***Counsel for: Todd Buchman and Rhonda Mitrani Buchman, as Parents and Personal Representatives of the Estate of Arielle Buchman***

**GOLDBERG & ROSEN, P.A.**
***Counsel for S.Z. & I.Z., as Legal Guardians of E.Z.***
One Biscayne Tower
2 South Biscayne Blvd., Suite 3650
Miami, Florida 33131
Tel: (305) 374-4200
Fax: (305) 374-8024
Judd G. Rosen, Esq., Fla. Bar No.: 0458953
Mustafa H. Dandashly, Esq., Fla. Bar No. 118159
Primary Email:
pleadings@goldbergandrosen.com
Secondary:
mdandashly@goldbergandrosen.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF System.

By: *__/s/ Mitchell E. Widom__*
Mitchell E. Widom